IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| JON H., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of the Social Security Administration, <br><br> Defendant. | **REPORT AND RECOMMENDATION TO GRANT DEFENDANT'S UNOPPOSED MOTION TO REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) (DOC. NO. 29)** <br><br> Case No. 2:19-cv-00620-HCN-DAO <br><br> Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiff Jon H.[1] brought this action against Defendant Andrew M. Saul, Commissioner of the Social Security Administration ("Commissioner"), seeking judicial review of an adverse decision regarding his application for Disability Insurance Benefits. (Compl., Doc. No. 2; Pl.'s Opening Br. 1, Doc. No. 17.) This matter is before the court on Commissioner's Unopposed Motion to Remand Under Sentence Four of 42 U.S.C. § 405(g) ("Mot," Doc. No. 29). The Commissioner asks the court to issue an order reversing and remanding this case for additional administrative proceedings. (*Id.*) Having reviewed the written submissions in the case,[2] the undersigned[3] RECOMMENDS the district judge GRANT the Commissioner's motion.

---

[1] Pursuant to best practices in the District of Utah addressing privacy concerns in certain cases, including social security cases, the court refers to the plaintiff by his first name and last initial only.

[2] Pursuant to Local Rule DUCivR 7-1(f), the court finds oral argument unnecessary and makes its recommendation on the motion based on the parties' written memoranda.

[3] On January 14, 2020, the district judge referred this case to Magistrate Judge Furse under 28 U.S.C. § 636(b)(1)(B). (Doc. No. 15.) On May 15, 2020, this case was reassigned to the undersigned magistrate judge. (Doc. No. 21.)

1

DISCUSSION

Federal district courts have "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *see, e.g.*, *Tallman v. Colvin*, No. 2:16-cv-00126, 2016 U.S. Dist. LEXIS 153724, * 2 (D. Utah Oct. 28, 2016) (unpublished) (granting Commissioner's unopposed motion to enter a judgment reversing and remanding social security action pursuant to sentence four of 42 U.S.C. § 405(g)). In light of the Commissioner's unopposed request for remand, and pursuant to the power of the court to enter a judgment reversing the Commissioner's decision with remand in social security actions under sentence four of 42 U.S.C. § 405(g), the undersigned recommends the district judge grant the Commissioner's unopposed motion.

RECOMMENDATION

For the reasons set forth above, the undersigned RECOMMENDS the district judge GRANT the Commissioner's Unopposed Motion to Remand Under Sentence Four of 42 U.S.C. § 405(g), (Mot., Doc. No. 29), with a REMAND to the Commissioner for further administrative proceedings. Further, the undersigned RECOMMENDS the district judge direct the clerk to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The court will send copies of this Report and Recommendation to all parties, who the court hereby notifies of their right to object to the same. *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b). The parties must file any objection to this Report and Recommendation within fourteen

(14) days of service thereof.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

      DATED this 12th day of November, 2020.

                                    BY THE COURT:

                                    *Daphne A. Oberg*
                                    Daphne A. Oberg
                                    United States Magistrate Judge